UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYDIANT OXIMETRY, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>ALC MEDICAL HOLDINGS LLC,<br><br>    Defendant. | Case No. 25-cv-00392-VC<br><br>**ORDER GRANTING MOTION TO STAY ENFORCEMENT OF SANCTIONS**<br><br>Re: Dkt. No. 99 |

ALC Medical's Motion to Stay Enforcement of Sanctions is granted, contingent on ALC Medical and Womble Bond posting supersedeas bond for $2,250,000.00. This bond amount accounts for the sanctions award as well as potential costs associated with appeal, interest, and other relief.

**IT IS SO ORDERED.**

Dated: November 21, 2025

VINCE CHHABRIA
United States District Judge