UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

RAYDIANT OXIMETRY, INC.,

    Plaintiff / Counterclaim Defendant,

v.

ALC MEDICAL HOLDINGS LLC,

    Defendant / Counterclaim Plaintiff.

Case No.: 3:25-cv-00392-VC

## [PROPOSED] ORDER

In consideration of the parties' joint request that the Court enter a stipulated schedule for briefing plaintiff Raydiant Oximetry, Inc.'s motion that is scheduled to be heard on January 8, 2026 at 10:00 a.m. (ECF 97), good cause having been shown, the Court hereby GRANTS the request and orders:

- Raydiant will file its motion by Friday, December 5, 2025
- ALC Medical will oppose Raydiant's motion on Friday, December 19, 2025
- Raydiant will reply in support of its motion on Monday, December 29, 2025
- Hearing on Raydiant's motion to be held on Thursday. January 8, 2026 at 10:00 a.m. in San Francisco.

SO ORDERED this  1st  day of  December , 2025.

_____
Hon. Vince Chhabria
U.S. District Court Judge