UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYDIANT OXIMETRY, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>ALC MEDICAL HOLDINGS LLC,<br><br>    Defendant. | Case No. 25-cv-00392-VC<br><br>**ORDER GRANTING RAYDIANT'S MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>Re: Dkt. No. 118 |

    Raydiant's Motion for Judgment on the Pleadings is granted. Judgment is entered in Raydiant's favor against ALC Medical on Raydiant's non-infringement declaratory judgment claim and ALC Medical's patent infringement and false advertising counterclaims.

    **IT IS SO ORDERED.**

Dated: January 14, 2026

_____
VINCE CHHABRIA
United States District Judge